Grafton, }
May 4, 1915. }

## FRED L. PATTEE *v.* JOHN MOORE.

BILL IN EQUITY, to determine the location of a divisional line. The case was originally heard in the superior court before *Mitchell,* J., and on October 31, 1911, a decree was filed establishing the boundary.    February 9, 1912, the plaintiff filed a motion for a modification of the decree, and a hearing was had thereon before Mr. Justice *Mitchell,* who died before taking any action.    At the October term, 1914, of the superior court, there was a hearing on the motion before *Sawyer,* J., who entered up a new decree in accordance with the prayer, and the defendant excepted.

*John H. Noonan,* for the plaintiff.

*Hugh Moore* and *David F. Dudley* (both by brief and orally), for the defendant.

YOUNG, J.   Whether the decree should be modified was a question of fact; consequently the only question of law raised by the defendant's exception is whether there was any evidence to sustain the court's finding.   Instead of there being no evidence to sustain the court's conclusion, it is the only conclusion that can be drawn from the evidence.

*Exception overruled.*

All concurred.